RITER–CONLEY MFG. CO., Appellant, v. SNARE & TRIEST CO., Respondent. (Supreme Court, Appellate Division, First Department. March 20, 1913.) Action by the Riter-Conley Manufacturing Company against the

Snare & Triest Company. S. Chard, of New York City, for appellant. H. M. Hitchings, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.